AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA, ex rel. GREGORY P. BUHLER,

*Plaintiff*

v.

CONFEDERATED TRIBES OF THE COLVILLE RESERVATION,

*Defendant*

Civil Action No.  13-CV-0333-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint (ECF No. 1) and the claims therein are dismissed without prejudice to the Plaintiff and the United States pursuant to the Court's Order filed on February 28, 2014, ECF No. 14.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on a motion for voluntary dismissal.

Date:  2/28/2014

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas